CAUSE NO. 12-15-00027-CV

| | | |
|---|---|---|
| KENNETH CRISSUP | § | IN THE COURT OF APPEALS |
| VS. | § | FOR THE TWELFTH DISTRICT |
| WILLIAM STEPHENS ET AL | § | OF TEXAS |

NOTICE OF APPEAL

FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB -2 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK

TO THE HONORABLE JUDGE OF SAID COURT:

Kenneth Crissup, Plaintiff, Proceeding Pro Se, does hereby give Notice of his intent to Appeal the judgment entered in Cause No. 349-7261 on October 24, 2104. Pursuant to Texas Rules of Civil Procedure 296, Plaintiff requested the Trial court issue it's " Findings of Facts and Conclusions of Law" on November 5th, 2014. To date no such Findings has been issued.

Pursuant to Rule 20.1(a)(3) Appellant is presumed indigent and requests permission to proceed as such.

RESPECTFULLY SUBMITTED THIS 29 DAY OF January, 2105.

_____
Kenneth Crissup